No. 83–6940. LANIGAN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 83–6941. FIOROT v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 83–6942. DEASY v. PROCUNIER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 83–6944. WILSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 83–6947. NOVEL v. PICARIELLO ET AL. C. A. 2d Cir. Certiorari denied.

No. 83–6948. TATE v. WEYERHAEUSER CO. ET AL. C. A. 8th Cir. Certiorari denied.

No. 83–6949. MATTHOW v. BARA, SUPERINTENDENT, LONG ISLAND CORRECTIONAL FACILITY. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 83–6950. MAY v. KROGER CO. ET AL. C. A. 6th Cir. Certiorari denied.

No. 83–6955. DUBIE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 83–6956. HOYOS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 83–6957. FORRESTER v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 83–6958. KORNBLUM v. MILLSTONE ET AL. C. A. 9th Cir. Certiorari denied.

No. 83–6959. BORNING v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 83–6960. HARRIS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 83–6961. EVERETT v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 83–6963. ORSINI v. ARKANSAS. Sup. Ct. Ark. Certiorari denied.